AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rafael Moreno | ) | Case No. 26-mj- 4166 |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5-21-26

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Paul Garrity    555976
_Printed name and bar number of defendant's attorney_

14 Londonderry Rd, Londonderry, NH
_Address of defendant's attorney_

garritylaw@myfairpoint.net
_E-mail address of defendant's attorney_

603-434-4106
_Telephone number of defendant's attorney_

_____
_FAX number of defendant's attorney_